UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FRANK MARRERO RIVERA,**[1] | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** U.S. Attorney General; | § | |
| **MARKWAYNE MULLIN,** Secretary, U.S. | § | |
| Department of Homeland Security; **MARY** | § | **EP-26-CV-00180-DCG** |
| **DE ANDA-YBARRA,** El Paso Field Office | § | |
| Director of Enforcement and Removal | § | |
| Operations, El Paso Field Office, | § | |
| Immigration and Customs Enforcement; **U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW;** and | § | |
| **WARDEN,** ERO El Paso Camp East | § | |
| Montana Detention Facility, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER REGARDING POTENTIAL MOOTNESS

Today, the Court checked ICE's Online Detainee Locator System to determine whether

Petitioner Frank Marrero Rivera is still in the Government's custody—and, if so, where.

Searching Petitioner's A-number and country of birth returned zero results.[2]

---

[1] Respondents argue that "although Petitioner indicated his name in his petition as Frank ***Marrero Rivera***, the agency documents state his name as Frank ***Rivera-Marrero***." Resp'ts' Resp., ECF No. 10, at 1 n.1 (emphases added). For the purposes of this Order, the Court uses the name that Petitioner lists in his Petition.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Aug. 10, 2026) (returning "zero (0) matching records" upon searching by Petitioner's A-number and country of birth).

The Court thus suspects that the Government either removed Petitioner from the country or released him from custody.  If so, then his pending Petition seeking release from detention may be moot.[3]

Thus, by **August 20, 2026**, Respondents **SHALL FILE** an Advisory informing the Court whether the Government has removed or released Petitioner.

If the answer to that question is "yes," Respondents **SHALL ATTACH** documentation substantiating Petitioner's removal or release as an exhibit to their Advisory.

Finally, now that the Senate has confirmed Respondent Todd Blanche as Attorney General of the United States,[4] the Court **DIRECTS** the Clerk of Court to **REMOVE** the word "Acting" from Attorney General Blanche's title on CM/ECF.

**So ORDERED and SIGNED this 10th day of August 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[3] *Compare* Pet., ECF No. 1, at 8 (asking the Court to order Respondents to release Petitioner), *with, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex.) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody.  [The petitioner] has since been removed from the United States.  [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

[4] *See, e.g.*, Riley Rogerson et al., *Senate confirms Blanche as attorney general*, Politico (Aug. 8, 2026, at 4:33 ET), https://www.politico.com/live-updates/2026/08/07/congress/todd-blanche-senate-confirmation-01029751 (last visited Aug. 10, 2026).