**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANK MARRERO RIVERA,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,** *U.S. Attorney General*; **MARKWAYNE MULLIN,** *Secretary, U.S. Department of Homeland Security*; **MARY DE ANDA-YBARRA,** *El Paso Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and WARDEN,** *ERO El Paso Camp East Montana Detention Facility*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00180-DCG** |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT**

The Government released Petitioner Frank Marrero Rivera on June 5, 2026.[1] The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[2]

The Court **CLOSES** the case.

---

[1] *See* Resp'ts' Status Report, ECF No. 12, at 1; Pet'r's Resp., ECF No. 14, at 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See, e.g.*, *E.G.V.A. ex rel. Vimos Rivera v. Sanchez*, No. 1:26-cv-02258, 2026 WL 2254646, at *2 (S.D.N.Y. Aug. 5, 2026) (noting (with exceptions that don't appear to apply here) that "a habeas corpus petition seeking release from immigration custody is generally mooted upon release"); *see also* Pet'r's Resp. at 1 (agreeing that "the [P]etition is now moot" in light of Petitioner's release).

*See also Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

**So ORDERED and SIGNED this 3rd day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**